UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SPENCER L. BRIGGS,

    Plaintiff,

v.                                Case No. 3:23-cv-1198-HES-MCR

COLUMBIA COUNTY SHERIFFS
OFFICE, et al.,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Spencer L. Briggs, a former detainee of the Columbia County Detention Facility, initiated this action on October 10, 2023, by filing a Complaint for Violation of Civil Rights (Doc. 1). The complaint form, which Plaintiff signed, requires prisoners to agree to "keep a current address on file with the Clerk's Office" to avoid dismissal of the case. Doc. 1 at 11. The website for the Columbia County Detention Center reflects that Plaintiff was released on November 7, 2023.[1] Plaintiff has not updated his address since being released from jail.

---

[1] See Columbia County Detention Center Inmate Search, available at http://50.204.15.10/smartwebclient/jail.aspx (last visited Jan. 17, 2024).

Therefore, the Court directed Plaintiff to show cause, by January 5, 2024, why this case should not be dismissed for his failure to keep the Court apprised of his address or otherwise prosecute the case. See Order to Show Cause (Doc. 3) (citing Rule 3.10, Local Rules, United States District Court for the Middle District of Florida). The Court advised Plaintiff that his failure to timely comply may result in the dismissal of this case without further notice. As of the date of this Order, Plaintiff has not complied with the Court's Order (Doc. 3), nor has he requested additional time in which to do so. Notably, Plaintiff has filed no documents since filing the complaint (Doc. 1) almost 100 days ago.

Based on Plaintiff's failure to respond to this Court's Order and to keep the Court apprised of his mailing address, the undersigned concludes that Plaintiff has failed to prosecute this action. Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of this action without prejudice is appropriate. See Brown v. Tallahassee Police Dep't, 205 F. App'x 802, 802 (11th Cir. 2006).

Accordingly, it is now

**ORDERED:**

1. This case is **DISMISSED without prejudice** for Plaintiff's lack of prosecution.

2.  The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 18r day of January, 2024.

_____
HARVEY E. SCHLESINGER
United States District Judge

caw 1/17
c:
Spencer L. Briggs